UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONYA G. KIRK,

                              Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.

Case No. 3:11-cv-05861-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

        Plaintiff's application to proceed *in forma pauperis* (ECF #1-#2) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $350.00 filing fee.

        DATED this 3rd day of November, 2011.

                                        _Karen L. Strombom_
                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1