# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TONYA G. KIRK, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. 3:11-cv-05861-KLS <br><br> ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (ECF #1-#2) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 3rd day of November, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1