# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TONYA G. KIRK,

                Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 11-5861 RJB-KLS

REPORT AND RECOMMENDATION

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #20). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand the Administrative Law Judge (ALJ) shall re-assess the medical evidence of record, including but not limited to the Global Assessment of Functioning scores and the opinions of Maria Bakht, Psy.D., and Michael Corpolongo, Ph.D. The ALJ shall re-assess the claimant's credibility and residual functional capacity. If necessary, the ALJ shall obtain additional evidence from a vocational expert.

//

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of May, 2012.

                                                  /s/ Karen L. Strombom
                                                Karen L. Strombom
                                                United States Magistrate Judge

REPORT AND RECOMMENDATION - 2