UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONYA G. KIRK,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. 11-5861 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #21] recommending that this case be remanded, based on the stipulation of the parties [ECF #20]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 22nd day of May, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1